IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10265
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RONALD EDWARD STEWART,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:88-CR-166-E
- - - - - - - - - -
December 14, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender has moved for leave to withdraw
and filed a brief as required by <u>Anders v. California</u>, 386 U.S.
738 (1967).  Stewart has not filed a response to counsel's motion
to withdraw.  Our independent review of counsel's brief and the
record discloses no nonfrivolous issue for appeal.

     Accordingly, the motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.